## Commonwealth *v.* Willey, Appellant.

Submitted March 10, 1975. *Philip D. Freedman*, Assistant Public Defender, and *Richard D. Walker*, Public Defender, for appellant; *Marion E. MacIntyre*, Deputy District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Willman, Appellant.

Submitted March 10, 1975. *David W. Stitely* and *Harry L. McNeal, Jr.*, Assistant Public Defenders, and *John H. Chronister*, Public Defender, for appellant; *Morrison B. Williams*, Deputy District Attorney, and *Donald L. Reihart*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.